UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK DEGRAW, TRUSTEE, and INDIANA LABORERS WELFARE, PENSION AND TRAINING FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CAUSE NO.: 1:12-cv-00009-SEB-DKL ) |
| HENRY/CAP CONSTRUCTION, INC., DTH CONTRACTORS, LLC, and DANIEL T. HENRY | ) ) ) ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**
**AND PERMANENT INJUNCTION**

Defendants Henry/Cap Construction, Inc. and DTH Contractors, LLC only, having failed to plead or otherwise defend in this action, and their default having been entered, now, upon application of the Plaintiffs, the Plaintiffs are entitled to the sum of $20,901.28 for delinquent contributions, interest and liquidated damages, and the attorneys for Plaintiffs being entitled to a reasonable attorney fee and costs of $1,912.00 for their services rendered in this matter, as shown by the Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED ADJUDGED AND DECREED that Plaintiff Funds recover the sum of $20,901.28 and their attorney fees, expenses and costs in the amount of $1,912.00.

IT IS FURTHER ORDERED that the Defendants should be and are PERMANENTLY ENJOINED as follows:

Defendants, their agents, servants, employees, and all persons in active counsel and

in participation with it, are permanently enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendants' employees for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for the month of December, 2012.  All future contributions will be paid on or before their due date on the basis specified in any collective bargaining agreement between the LIUNA, Indiana State Council, and the Defendants.

     There being no just reason for delay, this judgment is a final judgment pursuant to Rule 54(b) as to Henry/Cap Construction, Inc. and DTH Contractors, LLC.   Plaintiffs' claims against Daniel T. Henry remain stayed pending the resolution of Mr. Henry's bankruptcy proceeding.

Date:  01/07/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE, LLP
E-mail: fdennerline@fdgtlaborlaw.com