UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK DEGRAW, TRUSTEE, and INDIANA LABORERS WELFARE, PENSION AND TRAINING FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CAUSE NO.: 1:12-cv-00009-SEB-DKL ) |
| HENRY/CAP CONSTRUCTION, INC., DTH CONTRACTORS, LLC, and DANIEL T. HENRY | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| PNC BANK, N.A., | ) ) |
| Garnishee-Defendant. | ) |

## PLAINTIFFS' INTERROGATORIES TO GARNISHEE DEFENDANT

To Garnishee Defendant:   PNC Bank, N.A.
Attn: Garnishment
Mail Stop: B7-YB17-01-B
4100 W. 150th St.
Cleveland, OH 44135

The following interrogatories are addressed to you by the Plaintiffs, pursuant to Rule 33 of the Federal Rules of Civil Procedure. You are required to answer these interrogatories separately and fully in writing, under oath, and to serve a copy of your answer upon the attorney for Plaintiffs as specified in the accompanying court order.

1. Have the Defendants, Henry/Cap Construction, Inc. and/or DTH Contractors, LLC, only, had checking or savings accounts of any description and kind whatsoever, with PNC Bank, N.A. since January 7, 2013, up to and including the date of these interrogatories? Yes —

ANSWER: 3/1/13

2. If the answer to Interrogatory No. 1 is in the affirmative, please provide the account number or numbers for each such account and the current balance, in dollars and cents, for each such account.

ANSWER: HOlDING 1097.42 on Acct xx 1919

3. Has the Defendant, Henry/Cap Construction, Inc. and/or DTH Contractors, LLC had certificates of deposit, U.S. Treasury bills, U.S. Treasury notes, or any other negotiable commercial paper of any kind and description whatsoever, on deposit with your institution since January 7, 2013, up to and including the date of these interrogatories? AA

ANSWER:

4. If the answer to Interrogatory No. 3 is in the affirmative, please provide the account number or numbers or other identifying characteristics of the items requested in

Interrogatory No. 3 and the amount, in dollars and cents, for each item.

ANSWER:   XX1919-109742

5. Identify the person or persons answering these interrogatories and identify any other person or persons possessing more knowledge concerning the information requested.

ANSWER:

```
_____
Signature
Name (Printed): Sarah Staab
Title: Staab
       PNC Bank
       Garnishment Processing
       MAR 01 2013
       216-257-5042
```

STATE OF _____ )
                    ) SS:
COUNTY OF _____ )

Subscribed and sworn to before me, a Notary Public, in and for the State of _____, County of _____, on this ____ day of _____, 2013.

_____
Printed: _____
Notary Public

County of Residence:
My Commission Expires:

p/37b/sc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK DEGRAW, TRUSTEE, and INDIANA LABORERS WELFARE, PENSION AND TRAINING FUNDS, </br></br> Plaintiffs, </br></br> v. </br></br> HENRY/CAP CONSTRUCTION, INC., DTH CONTRACTORS, LLC, and DANIEL T. HENRY, </br></br> Defendants, </br></br> and </br></br> PNC BANK, N.A., </br></br> Garnishee-Defendant. | CAUSE NO.: 1:12-cv-00009-SEB-DKL |

MAR 01 2013
PNC BANK
Garnishment Processing
1-888-840-2096 Option 2

## ORDER

This cause comes before the Court on the Motion of the Plaintiffs for an Order that Garnishee Defendant PNC Bank N.A. answer certain interrogatories, which Motion reads as follows:

(H.I.)

And the Court having considered said Motion, and being duly advised in the premises, hereby grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That the clerk serve all copies of this Order, with Interrogatories attached,

Case 1:12-cv-00009-SEB-DKL Document 24 Filed 02/26/13 Page 2 of 6 PageID #: 97

upon the Plaintiffs' counsel, who will effect service of the same on all parties.

2. That said Garnishee Defendant appear before the Court on the 10th day of APRIL, 2013, at 11:30 o'clock A.M. in Courtroom 243, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204, to answer to said Interrogatories, **or that it, in the alternative, respond in writing at least two (2) days prior to said date by serving a copy of its answers upon the attorneys for Plaintiffs, Fillenwarth Dennerline Groth & Towe, LLP, Suite 200, 429 East Vermont Street, Indianapolis, Indiana 46202.**

3. **That the Garnishee Defendant, upon receipt of this Order, place a 90-day hold on all deposit accounts in which the Judgment Defendants, Henry/Cap Construction, Inc. and/or DTH Contractors, LLC, has an interest, either individually or jointly with another person, pursuant to I.C. 28-9-4-2, upon receipt of the documents and process required by I.C. 28-9-3-4(b)(1)-(3).** The Summary Judgment amount remaining unpaid is $22,813.28.

Dated this 02/26/2013

_Denise LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.